```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 03 B 50807
    KENNETH M DUDLEY SR
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-1963

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 12/18/2003 and was confirmed 02/12/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  13.32% from remaining funds.

    The case was paid in full 10/12/2007.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-----------------------------------------------------------------------
AMERICREDIT FINANCIAL SE  SECURED          7465.00       3835.63       7465.00
AMERICREDIT FINANCIAL SE  UNSECURED OTH    3821.51            .00       509.22
AMERICREDIT               NOTICE ONLY    NOT FILED            .00           .00
ILLINOIS VEHICLE PREMIUM  UNSECURED      NOT FILED            .00           .00
ALL PRICE AUTO            UNSECURED       12940.83            .00      1724.24
AMERITECH                 UNSECURED      NOT FILED            .00           .00
BANK ONE~                 NOTICE ONLY    NOT FILED            .00           .00
FIRST PREMIER BANK        UNSECURED      NOT FILED            .00           .00
FAMILY VIDEO              UNSECURED      NOT FILED            .00           .00
PROVIDIAN FINANCIAL       UNSECURED      NOT FILED            .00           .00
PUBLIC STORAGE            UNSECURED      NOT FILED            .00           .00
TIMOTHY K LIOU            REIMBURSEMENT      14.40            .00         14.40
TIMOTHY K LIOU            DEBTOR ATTY      2,700.00                    2,700.00
TOM VAUGHN                TRUSTEE                                        977.51
DEBTOR REFUND             REFUND                                         684.16

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  17,910.16

PRIORITY                                           14.40
SECURED                                         7,465.00
    INTEREST                                    3,835.63
UNSECURED                                       2,233.46
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                              977.51
DEBTOR REFUND                                     684.16
                         --------------       --------------
TOTALS                   17,910.16             17,910.16

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 03 B 50807 KENNETH M DUDLEY SR
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 03 B 50807 KENNETH M DUDLEY SR